# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. __MJ 18-0014__  Date __1/4/2018__

Title  United States v. __Jennifer Marie Gardines__

Present: The Honorable __Gail J. Standish__

__Earlene Carson__  __n/a__
Deputy Clerk  Court Reporter / Recorder

Attorneys Present for Government:  Attorneys Present for Defendant:

n/a  n/a

**Proceedings:** (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☒ probation / ☐ supervised release. __RISE PROGRAM VIOLATION__

The Court finds that

A. ☐ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☐ Allegations in petition

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. 18-14 MJ          Date 1/4/18

Title    United States v. Jennifer Marie Gardner

B. ☐ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Nature of previous criminal convictions
- ☐ Allegations in petition
- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

C. Defendant submitted to detention and requested ** transportation to the charging district

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.